IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT EARL LEE,

    Plaintiff,

      v.

                              CIVIL ACTION FILE
                              NO. 1:12-CV-3041-TWT

STATE PATROL OFFICE, et al.,

    Defendants.

## ORDER

      This is a pro se prisoner civil rights action.  It is before the Court on the Report and Recommendation [Doc.  15] recommending dismissing the action against all Defendants except the Defendant LeCroy.    The Court approves and adopts the Report and Recommendation as the judgment of the Court.

      SO ORDERED, this 4 day of June, 2013.


                             /s/Thomas W. Thrash
                             THOMAS W. THRASH, JR.
                             United States District Judge