IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT EARL LEE,

    Plaintiff,

     v.

STATE PATROL OFFICE, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3041-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 15] recommending dismissing the action against all Defendants except the Defendant LeCroy. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 4 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Lee\12cv3041\r&r2.wpd