IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT EARL LEE,

   Plaintiff,

  v.

STATE PATROL OFFICE, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3041-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending that the Defendant LeCroy and the unserved Defendants be dismissed. The Plaintiff's Objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant LeCroy and the unserved Defendants are DISMISSED.

SO ORDERED, this 17 day of January, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Lee\12cv3041\r&r3.wpd