IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT EARL LEE,
   Plaintiff,

  v.

                                  CIVIL ACTION FILE
                                  NO. 1:12-CV-3041-TWT

STATE PATROL OFFICE, et al.,
   Defendants.

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 47] of the Magistrate Judge recommending granting the State Defendants' Motion for Entry of Judgment Under Rule 54(b) [Doc. 46]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The State Defendants' Motion for Entry of Judgment Under Rule 54(b) [Doc. 46] is GRANTED. The Clerk is directed to enter final judgment under Rule 54(b) in favor of the Defendants LeCroy, Ga. Tech Univ. Police Officer and Supervisor, State Patrol Supervisor and Senior Policy Makers, Org/Unit 48-C.

SO ORDERED, this 12 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge