IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT EARL LEE,

   Plaintiff,

    v.

FULTON COUNTY JAIL MEDICAL
GROUP (Names Unknown), et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3041-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 76] of the Magistrate Judge recommending that the Defendants' Motion for Summary Judgment [Doc. 52] be granted. The Plaintiff's objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 52] is GRANTED. The Motion to Dismiss [Doc. 52] is DENIED as moot. The Plaintiff's Motion for Summary Judgment [Doc. 62] is DENIED.

T:\ORDERS\12\Lee\12cv3041\r&r5.wpd

SO ORDERED, this 3 day of November, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge